affidavit of service of the notice of motion is not sufficient, with leave to renew.

The People of the State of New York v. Ida Friedebaum.— Motion to dismiss appeal granted.

The People of the State of New York v. Morris Lippman.— Motion to dismiss appeal granted.

The People of the State of New York v. Albert Smith.— Motion to dismiss appeal granted unless appellant comply with terms stated in order.

William D. Tyndall, etc., v. Pinelawn Cemetery and Others.— Motion to dismiss appeal denied, without costs.

William D. Tyndall, etc., v. Pinelawn Cemetery and Others. — Motion granted as stated in order.

Anton N. Meyer, as Assignee, v. George Cramer and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.

John McTaggert, an Infant, v. Sheffield Farms Slawson Decker Company.— Motion to dismiss appeal granted, with ten dollars costs.

In the Matter of Theodore Kuttner v. Ira Ulman.— Motion to dismiss appeal granted, with ten dollars costs.

In the Matter of Theodore Kuttner v. Ira Ulman.— Motion to dismiss appeal granted, without costs.

The People of the State of New York ex rel. Wallace W. Evans v. William F. Baker, etc.— Motion for reargument denied, with ten dollars costs.

Edward Ermold v. Hans Kaltenhauser and Others.— Motion denied, with ten dollars costs.

San Remo Copper Mining Company v. Elie J. Moneuse.— Motion denied, with ten dollars costs.

Francis C. Neale, Inc., v. Hudson and Manhattan Railroad Company and Others.— Motion denied, with ten dollars costs.

Knickerbocker Trust Company v. Andrew Miller.— Motion granted. Order to be settled on notice.

The People of the State of New York ex rel. William R. Britton v. American Press Association.— Motion denied.

Frank H. Osborn, as Attorney in Fact and General Manager of and Representing George C. Wilce and Others, as Underwriters Doing Business as "Lumber Insurance Association," Respondent, v. Eugene F. Perry, as Attorney in Fact of and Representing C. H. Carleton and Others, as Underwriters Doing Business as the "Lumber Underwriters at Mutual Lloyds," Appellant.— Judgment affirmed, with costs. No opinion. (Ingraham, P. J., and Scott, J., dissented.)

In the Matter of Leonard A. Snitkin.— So much of motion denied as seeks to require petitioner to amplify the supplemental petition; and respondent granted twenty days after service of the order to be entered hereon within which to make and file an answer to the petition and supplemental petition.   Order to be settled on notice.